FILED

07 JUL 30 AM 8:18

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _pdc_  DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT

| | |
|---|---|
| DIANE CROSS,<br><br>Plaintiff,<br><br>vs.<br><br>WAL MART STORES, INC., et al,<br><br>Defendants. | Case No. 06cv2712 JM (BLM)<br><br>**ORDER RE: JOINT MOTION FOR DISMISSAL** |

ORDER ON JOINT MOTION FOR DISMISSAL

Having read the foregoing Joint Motion, and good cause appearing therefore, the Court GRANTS the Joint Motion and dismisses the above-captioned action with prejudice.

Dated: 7/26/07

_____
Judge of the District Court